(Pleito No. 63.—Fallado el 11 de Julio de 1900.)

### GORBEA contra PIERAS.

RECURSO contra sentencia dictada por el Tribunal de Distrito de San Juan.

Se falló : Que no habrá lugar al recurso cuando la cuantía objeto del litigio, incluyendo los intereses, no excede de cuatrocientos dollars.

*Manzano* contra *Rosa* (No. 6.)